ARIEL STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiffs*
*Nationstar Mortgage LLC and Federal*
*Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC.; RBBE REAL ESTATE INVESTMENTS, LLC; DALY MANAGEMENT CORPORATION; and HAMPTON & HAMPTON COLLECTIONS LLC,<br><br>Defendants. | Case No.: 2:17-cv-00474-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION, INC.'S MOTION TO DISMISS** |

Plaintiffs Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**) and Defendant Newport Cove Condominium Unit Owners' Association, Inc. (**Newport Cove** and collectively the **Parties**) respectfully submit the following stipulation to allow Nationstar and Freddie Mac 21 additional days to oppose Newport Cove's Motion to Dismiss (the **Motion**). (Doc. No. 23.).

Newport Cove filed its Motion on April 10, 2017. (Doc. No. 23.) Nationstar and Freddie Mac's deadline to file their opposition was April 24, 2017. The Parties stipulate to extending

{41616794;1}

Nationstar and Freddie Mac's deadline by 21 additional days, to May 15, 2017, to allow Nationstar and Freddie Mac additional time to prepare their opposition. Good cause exists to extend the deadline, as the extension will allow Nationstar and Freddie Mac's counsel to more fully review the points and authorities raised in the motion.

This is Nationstar and Freddie Mac's first request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

DATED this 28th day of April, 2017

**AKERMAN LLP**

*/s/Vatana Lay, Esq.*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

**LIPSON NEILSON COLE SELTZER & GARIN**

*/s/ Eric Tran*
ERIC TRAN, ESQ.
Nevada Bar No. 11876
9900 Covington Cross Drive
Las Vegas, Nevada 89144

*Attorney for Newport Cove Condominium Unit Owners' Association, Inc.*

**IT IS SO ORDERED:**

*[signature]*

**UNITED STATES DISTRICT JUDGE**

**Dated:** May 1, 2017

{41616794;1}

2