CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
HAMPTON & HAMPTON COLLECTIONS, LLC
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone: (702) 804-8885
Facsimile: (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant, Hampton & Hampton Collections, LLC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise,<br><br>Plaintiffs,<br>v.<br>NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC.; RBBE REAL ESTATE INVESTMENTS, LLC; DALY MANAGEMENT CORPORATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | CASE NO.: 2:17-CV-00474<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

## **STIPULATION AND ORDER TO SET ASIDE DEFAULT**

COMES NOW Defendant HAMPTON & HAMPTON COLLECTIONS, LLC, by and through its undersigned attorney, and NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, (collectively, the "Parties") and stipulate as follows:

1. Plaintiffs, NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION ("Plaintiffs") filed their Complaint on February 14, 2017.

2. Plaintiffs filed a Motion for Entry of Default against Hampton & Hampton Collections, LLC on April 7, 2017.

3. The Clerk entered Default against Hampton & Hampton Collections, LLC on April 10,

2017.

4. The Parties desire to have this matter heard on the merits.

5. The Parties have stipulated to set aside the Default entered against Defendant Hampton & Hampton Collections, LLC.

6. The Parties stipulate that Defendant Hampton & Hampton Collections, LLC will file a response in this matter fifteen days after the Clerk enters its order or default will again be entered against Hampton & Hampton Collections, LLC.

DATED this 12th day of May, 2017.   DATED this 12th day of May, 2017.

HAMPTON & HAMPTON COLLECTIONS, LLC

/s/Christopher V. Yergensen, Esq.
Nevada State Bar Number 6183
HAMPTON & HAMPTON COLLECTIONS, LLC.
6224 West Desert Inn Road
Las Vegas, NV 89146
*Attorney for Defendant, Hampton & Hampton Collections, LLC*

AKERMAN LLP

/s/Vatana Lay, Esq.
ARIEL STERN, Esq.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive
Suite 330
Las Vegas, Nevada 89144
Attorney for Plaintiff Bank of America

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _May 18, 2017_____