UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC, et al.,

        Plaintiff(s),

vs.

NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC., et al.,

        Defendant(s).

Case No. 2:17-cv-00474-JCM-NJK

ORDER

Pending before the Court is a discovery plan. Docket No. 38. The Court hereby **SETS** this matter for a case-management conference for 10:00 a.m. on August 18, 2017, in Courtroom 3B. Among other issues to be addressed, counsel shall be prepared to explain why they filed the discovery plan nearly three months late.[1] Counsel shall also be prepared to elaborate on why ongoing settlement discussions warrant a discovery period of 274 days, *see* Docket No. 38 at 2, or more than 50% longer than the presumptively reasonable discovery period, *see* Local Rule 26-1(a).

IT IS SO ORDERED.

DATED: August 15, 2017

                                            NANCY J. KOPPE
                                            United States Magistrate Judge

---

[1] In violation of Local Rule 26-1(b)(1), the discovery plan fails to "state the date the first defendant answered or otherwise appeared." Based on the Court's review of the docket, the HOA appeared on April 10, 2017. Docket No. 10. The discovery plan was therefore due on May 25, 2017. *See id.* (docket text); Local Rule 26-1(a).