A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail: ajkung@ajkunglaw.com
　　　　gspangler@ajkunglaw.com
*Attorneys for Defendant*
*Daly Management Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC.; RBBE REAL ESTATE INVESTMENTS, LLC; DALY MANAGEMENT CORPORATION; and HAMPTON & HAMPTON COLLECTIONS LLC,<br><br>　　　　　　Defendants. | CASE NO.: 2:17-cv-00474-JCM-NJK<br><br>**STIPULATION TO EXTEND DISCOVERY WITH RESPECT TO DEFENDANT DALY MANAGEMENT CORPORATION ONLY**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record and subject to the approval of the Court, that discovery in this case be extended <u>with respect to Daly Management Corporation only</u> from December 12, 2017 until January 30, 2017.[1] Thus, this request is timely under Local Rule 26-4 and the Scheduling Order (ECF No. 14).

Pursuant to Local Rule 26-4, the parties, through their counsel, state the following:

---

[1] Plaintiffs have a Motion to Stay Discovery pending. See, ECF 49 and ECF 48.

Page 1 of 4

**(a) Discovery completed**

The parties have exchanged the following sets of written discovery:

1. Plaintiffs to Defendant Daly Property Management— responses received October 19, 2017
   a. Interrogatories
   b. Requests for Production
   c. Requests for Admission

2. Plaintiffs to Defendant Newport Cove — responses received October 3, 2017
   a. Interrogatories
   b. Requests for Production
   c. Requests for Admission

3. Plaintiffs to Defendant Hampton & Hampton
   a. Interrogatories
   b. Requests for Production
   c. Requests for Admission

The parties have completed the following depositions or the depositions will be completed prior to the current discovery cutoff:

1. Rule 30(b)(6) deposition of Newport Cove – completed

2. Rule 30(b)(6) deposition of Hampton & Hampton – set for December 8, 2017

**(b) Discovery that remains to be completed**

The following discovery remains to be completed:

1. Rule 30(b)(6) deposition of Daly Management Corporation;

2. Plaintiff may propound an additional 10 interrogatories, 10 requests for admission and 10 requests for production of documents to Daly Management in lieu of taking the Rule 30(b)(6) deposition of Daly Management.

**(c) Reasons the remaining discovery was not completed within the time limits set by the discovery plan**

Plaintiff noticed the Rule 30(b)(6) deposition for Daly Management Corporation to take place on November 15, 2017 at 2:00 p.m., however, when Plaintiff was advised that the Rule 30(b)(6) witness for Daly was elderly (in his mid-80's) and that he resided in California,

Plaintiff agreed to reschedule the deposition to a mutually agreeable time and place in California.

The deposition was subsequently re-noticed for December 4, 2017 at 11:00 a.m., to be conducted by teleconference, with the witness to be in California. However, as mentioned above, the witness is elderly. He also has prostate cancer and is not feeling well. The parties want to allow him time to feel better, and to avoid the holidays; therefore, they have agreed to reschedule his deposition, subject to the Court's approval, for mid-January 2018.

**(d)  Proposed schedule for completing all remaining discovery.**

The parties state this request is made for no improper purpose or delay. The new proposed deadlines would be as follows:

### Discovery Cutoff

The discovery cutoff deadline will be extended from December 12, 2017 to **January 30, 2018** with respect to Daly Management Corporation **only** for the purpose of allowing the Plaintiff to conduct the Rule 30(b)(6) deposition, or in lieu thereof, to propound 10 interrogatories, 10 requests for production of documents, and 10 requests for admission.

### Dispositive Motions

The last day for filing dispositive motions in this case shall be extended from January 11, 2017 to **February 12, 2018**

### Joint Pretrial Order

The deadline to file the Joint Pretrial Order in this case shall be extended from February 9, 2018, to **March 12, 2018**. In the event dispositive motions are pending before the Court on that date, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the date of the Court's decision on the last dispositive motion.

[signatures follow next page]

. . .

. . .

. . .

This is the parties' <u>first request</u> for an extension of the discovery deadline and is not made to delay this matter. Based upon the foregoing, the parties believe there is good cause for the requested extension.

DATED this 1st day of December, 2017.

KUNG & BROWN

/s/ Georlen K. Spangler
Georlen K. Spangler, Esq.
Kung & Brown
214 South Maryland Parkway
Las Vegas, NV 89101
*Attorneys Daly Management Corporation*

DATED this 1st day of December, 2017.

AKERMAN LLP

/s/ Thera A. Cooper
Thera A. Cooper, Esq.
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorney for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

DATED this 1st day of December, 2017.

LIPSON NEILSON COLE SELTZER & GARIN

/s/ Eric Tran
Eric Tran, Esq.
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr. Ste. 120
Las Vegas, NV 89144
*Attorney for Newport Cove Condominium Unit Owners' Association, Inc.*

DATED this 1st day of December, 2017.

/s/ Brandon Wood
Brandon Wood, Esq.
6224 West Desert Inn Rd.
Las Vegas, NV 89146
*Attorney for Hampton & Hampton Collections LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: December 4, 2017