MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com
*Attorneys for Plaintiff Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC.; RBBE REAL ESTATE INVESTMENTS, LLC; DALY MANAGEMENT CORPORATION; and HAMPTON & HAMPTON COLLECTIONS, LLC;<br><br>Defendants. | Case No.: 2:17-cv-00474-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION'S AND DALY MANAGEMENT CORPORATION'S OPPOSITION TO NATIONSTAR'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**), Defendants Newport Cove Condominium Unit Owners Association (N**ewport**), and Daly Management Corporation (**Daly**) stipulate as follows:

1. Nationstar filed its motion for summary judgment on December 27, 2017. [ECF No. 58]. Newport filed its response to Nationstar's motion on January 17, 2018 [ECF No. 60]. Nationstar's reply to Newport's response is currently due on January 31, 2018.

2. Daly files its response to Nationstar's motion, ECF No. 58, on January 19, 2018 [ECF No. 61. Nationstar's response to Daly's response is currently due on February 2, 2018.

…

43879541;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. The parties hereby stipulate and agree that Nationstar shall have an extension up to, and including February 9, 2018 to file its replies to Newport's and Daly's response. This is the first request for an extension of this deadline and it is made to accommodate Nationstar's counsel's trial schedule. Importantly, it is not made for purposes of undue delay.

DATED: January 19, 2018.

| **AKERMAN LLP**<br><br>/s/ Thera Cooper<br>MELANIE MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Nationstar Mortgage LLC* | **LIPSON NEILSON COLE SELTZER & GARIN**<br><br>/s/ Eric Tran<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>ERIC N. TRAN, ESQ.<br>Nevada Bar No. 11876<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Newport Cove Condominium Unit Owners' Association, Inc.* |
|---|---|
| **KUNG & BROWN**<br><br>/s/ Georlen K. Spangler<br>A.J. KUNG, ESQ.<br>Nevada Bar No. 7052<br>GEORLEN K. SPANGLER, ESQ.<br>Nevada bar No. 3818<br>214 South Maryland Parkway<br>Las Vegas, Nevada 89101<br>*Attorneys for Daly Management Corporation* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** January 26, 2018

2

43879541;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**, addressed to:

Steven T. Loizzi, Jr., Esq.
**HOA Lawyers Group, LLC**
9500 West Flamingo Rd., Ste. 204
Las Vegas, Nevada 89147
*Attorney for Newport Cove Condominium Unit Owners' Association, Inc.*

Georlen K. Spangler, Esq.
**Kung & Brown**
214 South Maryland Pkwy.
Las Vegas, Nevada 89101
*Attorney for Daly Management Corporation*

Christopher V. Yergensen, Esq.
**Nevada Association Services, Inc.**
6224 West Desert Inn Rd.
Las Vegas, Nevada 89146
*Attorney for Hampton & Hampton Collections, LLC*

*/s/ Erin Spencer*
An employee of AKERMAN LLP

43879541;1