UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

NATIONSTAR MORTGAGE LLC and FEDERA HOME LOAN MORTGAGE CORPORATION,

Plaintiff(s),

v.

NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC., et al.,

Defendant(s).

Case No. 2:17-CV-474 JCM (NJK)

ORDER

Presently before the court is the matter of *Nationstar Mortgage LLC et al v. Newport Cove Condominium Unit Owners' Association, Inc. et al*, case no. 2:17-cv-00474-JCM-NJK.

On November 11, 2018, the law office of Kung & Brown ("K&B"), as prior counsel for defendant Daly Management Corporation ("Daly"), filed a notice of attorney's lien for unpaid hourly services rendered in this action in the amount of $17,227.94. (ECF No. 75). Now, K&B moves to enforce its attorney's lien pursuant to N.R.S. § 18.015, which provides, in relevant part:

> 6. On motion filed by an attorney having a lien under this section, the attorney's client or any party who has been served with notice of the lien, the court shall, after 5 days' notice to all interested parties, adjudicate the rights of the attorney, client or other parties and enforce the lien.

Nev. Rev. Stat. § 18.015(6).

Having reviewed K&B's motion, the court finds that K&B's attorney's lien is ripe for adjudication. Accordingly, this order shall constitute notice to all interested parties that the court will adjudicate, upon expiration of five (5) days following the date of this order, K&B's motion to

**James C. Mahan**
**U.S. District Judge**

enforce. Daly (or any other interested party) may file a response to the motion any time within the next five (5) days for the court's consideration.

Accordingly,

IT IS SO ORDERED.

DATED August 2, 2019.

_____
UNITED STATES DISTRICT JUDGE