UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERA HOME LOAN MORTGAGE CORPORATION, | Case No. 2:17-CV-474 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Nationstar Mortgage LLC et al v. Newport Cove Condominium Unit Owners' Association, Inc. et al*, case no. 2:17-cv-00474-JCM-NJK.

Presently under the court's consideration is Kung & Brown's ("K&B") motion to enforce attorney's lien. (ECF No. 76). In its motion, K&B states that it will provide billing statements for "in-camera" review upon request. *Id.* at 8. The court finds that it is unable to adjudicate K&B's motion without the benefit of itemized billing statements. However, billing statements submitted "in-camera" are insufficient to support an award of fees.

Accordingly,

IT IS ORDERED that K&B shall, within five (5) days from the date of this order, file a supplemental exhibit containing itemized billing statements for its client, Daly Management Corporation, for the court's review. Failure to submit these items as specified may result in denial of the motion.

DATED August 12, 2019.

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge