UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERA HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC., et al.,<br><br>Defendant(s). | Case No. 2:17-CV-474 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Nationstar Mortgage LLC et al v. Newport Cove Condominium Unit Owners' Association, Inc. et al*, case no. 2:17-cv-00474-JCM-NJK.

Presently under the court's consideration is Kung & Brown's ("K&B") motion to withdraw as counsel of record and to enforce attorney's lien. (ECF No. 76). The clerk of the court notified K&B that its motion was not filed due to its violation of Local Rule Part IC 2-2(b), which provides that "[f]or each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document." LR IC 2-2(b).

K&B has filed neither a motion to withdraw as counsel of record nor a motion to enforce attorney's lien that complies with local rules. To the extent that K&B's motion remains pending, the court will deny it without prejudice for failure to comply with local rules.[1]

---

[1] It appears that K&B filed a notice of withdrawal of the motion on January 17, 2019, but the document was terminated as having been filed in error the following day.

**James C. Mahan**
**U.S. District Judge**

1     The court has previously entered two orders regarding K&B's improper motion to enforce attorney's lien, one on August 2 and the other on August 12. (ECF Nos. 80, 81). Having dismissed the underlying motion, the court hereby vacates those orders.[2]

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that K&B's motion to withdraw as counsel of record and to enforce attorney's lien (ECF No. 76) be, and the same hereby is, DENIED without prejudice.

    IT IS FURTHER ORDERED that the court's previous orders regarding K&B's motion (ECF Nos. 80, 81) be, and the same hereby are, VACATED.

    DATED August 14, 2019.

                                          /s/ James C. Mahan
                                          UNITED STATES DISTRICT JUDGE

---

[2] Consistent with the court's August 12 order, however, K&B is instructed to include itemized billing statements with its motion to enforce attorney's lien, should it choose to file one that complies with local rules.

**James C. Mahan**
**U.S. District Judge**

- 2 -