UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

NATIONSTAR MORTGAGE LLC and FEDERA HOME LOAN MORTGAGE CORPORATION,

Plaintiff(s),

v.

NEWPORT COVE CONDOMINIUM UNIT OWNERS' ASSOCIATION, INC., et al.,

Defendant(s).

Case No. 2:17-CV-474 JCM (NJK)

ORDER

Presently before the court is Kung & Brown's ("K&B") motion to enforce attorney's lien and for judgment of attorney's fees against defendant Daly Management Corporation ("Daly"). (ECF No. 84).

On November 11, 2018, K&B, as counsel for Daly, filed a notice of attorney's lien for $17,227.94 in unpaid services rendered in this case. (ECF No. 75). Its previous motion to enforce attorney's lien was denied without prejudice for failure to comply with the court's local rules. (ECF No. 82). K&B now moves again to enforce its attorney's lien under NRS 18.015, which provides, in relevant part:

> On motion filed by an attorney having a lien under this section, the attorney's client or any party who has been served with notice of the lien, shall, after 5 days' notice to all interested parties, adjudicate the rights of the attorney, client or other parties and enforce the lien.

Nev. Rev. Stat. § 18.015(6).

Having reviewed K&B's renewed motion, the court finds that K&B's attorney's lien is ripe for adjudication. This order shall constitute notice to all interested parties that the court

**James C. Mahan**
**U.S. District Judge**

will adjudicate K&B's renewed motion to enforce its attorney's lien. Daly—or any other interested party—may respond to the motion within 5 days of this order.

IT IS SO ORDERED.

DATED June 28, 2021.

_____
UNITED STATES DISTRICT JUDGE