# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC and
FEDERA HOME LOAN MORTGAGE
        Plaintiffs,

v.

NEWPORT COVE CONDOMINIUM
UNIT OWNERS' ASSOCIATION, INC.,
et al.
        Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-CV-474 JCM (NJK)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered for Kung & Brown in the amount of $17,227.94, the same being fees due for the legal services rendered and costs incurred by the said law firm to Daly Management Corporation in this action, together with interest thereon at the contractual rate of interest provided for in the parties' fee agreement, from the date of entry of judgment until paid in full, and all post-judgment costs.

7/8/21
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk